# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOHNNY M. ANDERSON, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CERES MARINE TERMINALS, INC., | ) ) ) |
| Intervenor, | ) CV422-021 ) ) |
| and | ) ) |
| MAERSK A/S, and MOLLER SINGAPORE AP PTE LTD., | ) ) ) |
| Defendants. | ) ) |

## ORDER

In a prior Order, the Court extended the remaining discovery and motions deadlines and noted that it would not grant additional extensions absent extraordinary circumstances. Doc. 39 at 1-2. The only remaining deadline in that Order is the March 28, 2023 motions deadline. *Id.* at 2. Before the Court is Plaintiff Johnny M. Anderson, II's unopposed motion explaining that the parties will likely require additional discovery because "significant and voluminous documents,

including technical documents and documents which require expert consultation, were not produced by the Defendant until after all fact-based depositions had been concluded, after the Plaintiff's expert reports and depositions." Doc. 43 at 2-3. The unopposed motion seeks a stay of all deadlines, or, alternatively, a "re-open[ing] [of] certain discovery, and an extension to file appropriate motions." *Id*. at 3. Plaintiff subsequently filed a Motion for an Informal Discovery Dispute Conference. Doc. 47.

For good cause shown, Plaintiff's unopposed request for a stay is **GRANTED**. Doc. 43. The Clerk is **DIRECTED** to **STAY** all deadlines in this case until further order from the Court. Additionally, Plaintiff's request for a discovery dispute conference is **GRANTED**. Doc. 47. The Court will set a conference by separate order for 3:00 PM on April 25, 2023. Defendants also filed a Consent Motion for Clerk's Extension of Time to file motions. Doc. 45. Given the stay of all deadlines, that motion is **DISMISSED**, as moot. Doc. 45.

**SO ORDERED**, this 24th day of March, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA